UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LINDSEY WHITE,**

    **Plaintiff,**

    v.                               Case No.: 8:24-cv-01906-KKM-SPF

**PARAMOUNT RESIDENTIAL
MORTGAGE GROUP, INC. d/b/a
14 DAYS TO CLOSE,**

    **Defendant.**
_____/

## **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

    IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

X     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 26th day of August 2024.

                                            Respectfully submitted,

                                            */s/ Samuel Doxsee*_____
                                            SAMUEL DOXSEE
                                            Florida Bar Number: 127318
                                            Justice Litigation Associates, PLLC
                                            1205 N Franklin St. Suite 326
                                            Tampa, Florida 33602
                                            Direct No. 813-566-0550
                                            Facsimile: 813-566-0770
                                            E-mail: sam@justicelitigation.law
                                            Attorney for Plaintiff

3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of August 2024, I electronically filed the foregoing with the Court using the CM/ECF system, which will serve a copy of this document to all counsel of record.

*/s/Sam Doxsee*
**Sam Doxsee**